# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Criminal Number: 2:12 cr 274-1

v. : **WAIVER OF INDICTMENT**

DSDB, LLC :

<u>DSBD, LLC</u>, by and through its Member **David Butler**, hereby certifies as follows:

DSBD, LLC, charged with violating 15 U.S.C. §1 being advised of the nature of the charges, the proposed Information, and its rights, hereby waive in open court on (Date) 4/23/12 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DSBD, LLC
Defendant
By: David Butler

_____
Paul Shechtman, Esq.
Counsel for Defendants

Before: _____
HONORABLE Dennis M. Cavanaugh
United States District Judge