UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                          DATE: 23 April 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                         Docket # 2:12cr274-1

U.S.A.  v.  DSBD, LLC

Appearances:

AUSA     Bryan Bughman & Debra Brookes
D        Paul Shechtman

Nature of proceedings:

Deft. sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  Of Information
Rule 11 fld.
Plea Agreement fld.
Corporate Resolution exhibit C to Plea agreement
ORDERED sentence date set for 6 August 2012 at 10


Time Commenced   10:30
Time Adjourned   11:00


cc: chambers                           Scott P. Creegan
                                       Deputy Clerk