UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA         :

                                       :       CRIMINAL NO. 2:12 cr 274-1

       v.                            :

                                         :

DSBD, LLC,                             :

                                         :

                 Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - -

### [PROPOSED] ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771(d)(2)

On this date, the Court considered the Unopposed Motion to Authorize Alternative Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed by the United States Department of Justice, Antitrust Division.  Having considered the Motion and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that for any public court or parole proceeding involving the crime, the Antitrust Division may provide reasonable, accurate, and timely notice to crime victims through its website, http://www.justice.gov/atr/victim/vrhearings.htm, rather than through individual notices to the crime victims.

       **IT IS SO ORDERED.**

       **DATED** this 23rd day of April, 2012.

                                 _____

                                 HONORABLE DENNIS M. CAVANAUGH
                                 UNITED STATES DISTRICT JUDGE