UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                           DATE: April 5, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                   Docket# 12-CR-274

U.S.A. v. DSBD, LLC

**Appearances**:
Steven Tugander, AUSA for the Gov't
Grace Pyun, AUSA for the Gov't
Paul Shechtman, Esq. for Deft
Joanne Young, Probation Officer

Nature of Proceeding:  **SENTENCING**

Dft sentenced to 2 years probation;
Fine: $35,000 - due immediately;
Special Assessment: $400.00 - due immediately;
Special Conditions:
1) New Debt Restrictions


Time Commenced 12:10 p.m.
Time Adjourned 12:20 p.m.

cc: chambers                                     Carmen D. Soto
                                                 Deputy Clerk